# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                              Fax: 718-740-2000
*Employment and Labor Lawyer*                          Web: www.abdulhassan.com

**September 23, 2024**

**Via ECF**

Hon. James R. Cho, USMJ
United States District Court, EDNY
225 Cadman Plaza, East
Brooklyn, NY 11201

                           <u>**Re: Aparicio v. 55 Woodside Corp.**</u>
                               **Case No.  24-CV-05293 (JRC)**
                               **Status Report**

Dear Magistrate-Judge Cho:

       My firm represents plaintiff Oscar Aparicio ("Plaintiff"), in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's September 16, 2024 Order. Defendant is currently in default and has not yet filed an answer or appearance in this action. If no answer or appearance is filed within the next two weeks, Plaintiff will begin default proceedings.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,


Abdul Hassan Law Group, PLLC
 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq.

1