# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                  Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                            Fax: 718-740-2000
*Employment and Labor Lawyer*                                                       Web: www.abdulhassan.com

November 5, 2024

**Via ECF**

Hon. James R. Cho, USMJ
United States District Court, EDNY
225 Cadman Plaza, East
Brooklyn, NY 11201

<u>Re: Aparicio v. 55 Woodside Corp.</u>
Case No.  24-CV-05293 (JRC)
Motion for Extension of Time

Dear Magistrate-Judge Cho:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 45-day extension of the deadline for Plaintiff to respond to Defendant's request for a pre-motion conference and a corresponding adjournment of the November 12, 2024 conference. This request is being made because the parties are currently scheduled for mediation on December 6, 2024 and a settlement at that mediation would obviate the need for further litigation and motion practice.

I thank the Court in advance for its time and consideration.

Respectfully submitted,


Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

1