UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Oscar Aparicio,<br><br>                    Plaintiff,<br><br>    -v-<br><br>55 Woodside Corp.,<br><br>                    Defendant. | Civ. Action #: 24-CV-05293 (JRC)<br><br>**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**TO:    LAW OFFICE OF ARTHUR H. FORMAN, ESQ.**
         By: Arthur H. Forman, Esq.
         *Counsel for Defendant*
         98-20 Metropolitan Avenue
         Forest Hills, New York 11375
         Tel: 718-268-2616
         Email: ahf@ahforman.com


         **PLEASE TAKE NOTICE** that Plaintiff Oscar Aparicio pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendant 55 Woodside Corp., in the amount of Thirty-Three Thousand Dollars and Zero Cents ($33,000), in the above-entitled action.

**Dated: Queens Village, New York**
         **January 8, 2025**

Respectfully submitted,

Abdul Hassan Law Group, PLLC

*/s/ Abdul Hassan*
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Oscar Aparicio*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSCAR APARICIO

                              *Plaintiff,*        Case: 24-CV-5293(JRC)

    -against-                            **OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

55 WOODSIDE CORP.

                              *Defendants.*
-------------------------------------------------------X

TO:    **Abdul K. Hassan, Esq.**
         Abdul Hassan Law Group, PLLC
         215-28 Hillside Avenue
         Queens Village, NY 11427
         Tel: 718-740-1000
         Fax: 718-740-2000
         Email: abdul@abdulhassan.com
         Attorney for Plaintiff

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant 55 WOODSIDE CORP. ("Defendant") hereby offers to allow judgment to be taken against it by Plaintiff OSCAR APARICIO ("Plaintiff") in the above-captioned action in the total sum of Thirty-Three Thousand Dollars and 00/XX Cents ($33,000.00), inclusive of all attorney's fees, interest, costs and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendant arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action, said payment to be made in one check, within ten (10) days of the court's entry of judgment, to the order of "Abdul Hassan Law Group, PLLC, as attorney for Oscar Aparicio" for distribution by Plaintiff's counsel as follows:

    A. A payment to Oscar Aparicio in the amount of Twenty-One Thousand Four Hundred Eighty Dollars and 00/XX Cents ($21,480.00), and

B. A payment to "Abdul Hassan Law Group, PLLC" in the amount of Eleven Thousand Five Hundred Twenty Dollars and 00/XX Cents ($11,520.00), representing payment of a 1/3 contingency fee ($10,740.00) plus costs ($780.00).

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant or any employees, agents, shareholders, officers, directors, board members, or representatives of the Defendant, in their individual and representative capacities, either past or present, and shall be inclusive of all claims of whatever nature, including but not limited to, those in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendant, or any employee, agent, shareholder, officer, director, board member, or representative of the Defendant; nor is it an admission that Plaintiff suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendant within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: Forest Hills, New York
January 3, 2025

Respectfully submitted,

_____
Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, NY 11375
718-268-2616
Fax: 718-575-1600
Email: ahf@ahforman.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that the foregoing Document(s) was(were) sent by regular mail, and by email, this day to the following:

**Abdul K. Hassan, Esq.**
Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Email: abdul@abdulhassan.com

January 3, 2025

_____
Arthur H. Forman