UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Oscar Aparicio,

                              Plaintiff,                    JUDGMENT

v.                                                    24-cv-05293-JRC

55 Woodside Corp.,

                              Defendant.
------------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 8, 2025; and Defendant 55 Woodside Corp., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Oscar Aparicio, in the amount of Thirty-Three Thousand Dollars and Zero Cents ($33,000), inclusive of all attorney's fees, interest, costs and expenses; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Oscar Aparicio, and against Defendant 55 Woodside Corp., in the amount of Thirty-Three Thousand Dollars and Zero Cents ($33,000), inclusive of all attorney's fees, interest, costs and expenses.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       January 10, 2025 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>       Deputy Clerk |