UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OSCAR APARICIO,

                                              Plaintiff,

    -v.-

55 WOODSIDE CORP.,

                                            Defendants.
-----------------------------------------------------------------------X

Case No. 24-CV-05293(JRC)

**SATISFACTION**
**OF JUDGMENT**

        WHEREAS, a judgment was entered in the above action on the 10th day of January, 2025, in favor of Oscar Aparicio against 55 Woodside Corp., in the amount of $33,000.00 inclusive of all attorney's fees, interest, costs and expenses, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: January 31, 2025
          Queens Village, New York

                                                                                            Abdul K. Hassan, Esq.
                                                                                            Abdul Hassan Law Group, PLLC
                                                                                            15-28 Hillside Avenue
                                                                                            Queens Village, New York 11427
                                                                                            (718) 740-1000

                                                                                            *Attorney for Plaintiff*

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF QUEENS     )

On the 31st day of January 2025 before me personally came Abdul K. Hassan to me known and known to be the attorney for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ANISA K. KHAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KH6323018
Qualified in Queens County
Commission Expires November 15, 2027